1
2
3
4
5

# JS-6

6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11
12

AMBER MACHOWSKI, an individual,

Case No.: 8:21-cv-00215-JLS-ADS

13

Plaintiff,

14

v.

**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

15

RON'S MINI MART, INC., a California
Corporation; and DOES 1-10,

16

Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before

2    it, and being fully advised finds as follows:

3        **IT IS ORDERED THAT:**

4        Plaintiff Amber Machowski's action against Defendant Ron's Mini Mart, Inc is

5    dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  May 04, 2021

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE